Entered: November 14, 2014
Signed: November 14, 2014

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: 13–23285 – TJC   Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Yemele
*debtor has no known aliases*
3906 Rhode Island Ave
Brentwood, MD 20722–1438

Social Security No.:   xxx–xx–0589

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 8/5/13.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Janet M. Nesse is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *yoliver*