```
                            United States Bankruptcy Court
                                 District of Maryland
In re:                                                           Case No. 13-23285-TJC
William Yemele                                                   Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0416-0           User: yoliver              Page 1 of 2                  Date Rcvd: Nov 14, 2014
                               Form ID: B18               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2014.
db             William Yemele,    3906 Rhode Island Ave,    Brentwood, MD 20722-1438
r             +Chris Guldi,    Buldi Group,    3261 Old Washington Road,    Suite 2040,    Waldorf, MD 20602-3231
cr            +Nadine Djuiko,    c/o L. Jeanette Rice,    14300 Gallant Fox Lane,    Suite 218,
               Bowie, MD 20715-4033
cr            +U.S. Bank National Association, as Trustee for the,    c/o The Law Office of Jeffrey Nadel,
               4041 Powder Mill Road,    Suite 415,   Calverton, MD 20705-3109
28259058      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
28259035       E Partner Ne,    740 E 1910 S,    Provo, UT 84606
28259040       Lhr Inc,    56 Main St,   Hamburg, NY 14075-4905
28259042      +NADINE DJULKO-WOGUIBONG,    C/O L. JEANETTE RICE,    SUITE 218,    14300 GALLANT FOX LANE,
               BOWIE, MD 20715-4033
28259043       Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
28259057       Prince George's County,    Treasurer Division,    Room 1090,    Upper Marlboro, MD 20772
28259044      +Professnl Acct Mgmt In,    633 W Wisconsin Ave,    Milwaukee, WI 53203-1920
28259059      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
28282749      +Woodview Village West Com. Assn. Inc.,    Kathleen M. Elmore,    P.O. Box 1473,    5 Riggs Avenue,
               Severna Park, Maryland 21146-3879
28259047       Woodview Village West Community Association, Inc.,    c/o Elmore, Throop, Esquire,
               Elmore, Throop & Young, P.C.,    P.O. Box 1473,    Severna Park, Maryland 21146-8473

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +EDI: QJMNESSE.COM Nov 14 2014 19:43:00      Janet M. Nesse,    Stinson Morrison Hecker LLP,
               1775 Pennsylvania Avenue, NW,    Suite 800,    Washington, DC 20006-4760
tr            +EDI: QJMNESSE.COM Nov 14 2014 19:43:00      Janet M. Nesse,    Stinson Leonard Street,
               1775 Pennsylvania Avenue, NW,    Suite 800,    Washington, DC 20006-4760
cr            +E-mail/Text: kelmore@elmore-throop.com Nov 14 2014 19:42:48
               Woodview Village West Community Association, Inc.,    c/o Kathleen M. Elmore, Esquire,
               Elmore, Throop & Young, P.C.,    P.O. Box 1473,    Severna Park, MD 21146-8473
28471424       EDI: AIS.COM Nov 14 2014 19:43:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
28259032       EDI: BANKAMER.COM Nov 14 2014 19:43:00      Bank Of America,    4161 Piedmont Pkwy,
               Greensboro, NC 27410-8110
28259033       EDI: CAPITALONE.COM Nov 14 2014 19:43:00      Cap One,    PO Box 85520,
               Richmond, VA 23285-5520
28259034       EDI: CREDPROT.COM Nov 14 2014 19:43:00      Credit Protection Asso,    One Galleria Tower,
               Dallas, TX 75240
28259036       E-mail/Text: bknotice@erccollections.com Nov 14 2014 19:43:43      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
28365457      +E-mail/Text: abranam@havertys.com Nov 14 2014 19:42:47      Havertys Credit Services Inc,
               PO Box 5787,    Chattanooga, TN 37406-0787
28259038       E-mail/Text: abranam@havertys.com Nov 14 2014 19:42:47      Havertys Furniture Co,    PO Box 5787,
               Chattanooga, TN 37406-0787
28259039       EDI: IIC9.COM Nov 14 2014 19:43:00      I C System Inc,    PO Box 64378,
               Saint Paul, MN 55164-0378
28422161       EDI: JEFFERSONCAP.COM Nov 14 2014 19:43:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-
28259041       EDI: MID8.COM Nov 14 2014 19:43:00      Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
28380791      +EDI: PHINRJMA.COM Nov 14 2014 19:43:00      Rjm Acquisitions Llc,
               575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
28259045      +E-mail/Text: bankruptcy@sw-credit.com Nov 14 2014 19:43:40      Southwest Credit Syste,
               5910 W Plano Pkwy,    Plano, TX 75093-2202
28259046       EDI: AFNIVERIZONE.COM Nov 14 2014 19:43:00      Verizon,    500 Technology Dr Ste 30,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28422162*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-)
28259037     ##+Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0416-0          User: yoliver              Page 2 of 2              Date Rcvd: Nov 14, 2014
                              Form ID: B18              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
              Janet M. Nesse    JNesse@stinson.com, DC0N@ecfcbis.com,doh.kim@stinsonleonard.com,
               phyllicia.tanenbaum@stinsonleonard.com,jmnesse@ecf.epiqsystems.com,
               theresa.mackey@stinsonleonard.com,tara.shankar@stinsonleonard.com
              Kathleen M. Elmore    kelmore@elmore-throop.com
              L. Jeanette Rice    riceesq@att.net, mikecollins@walshbecker.com,riceesq10@gmail.com
              Ronald B. Greene    rgreeneesq@aol.com
              Scott Elliot Nadel    scottnadel@lojnlaw.com, jeff@lojnlaw.com
                                                                                             TOTAL: 5
```

Entered: November 14, 2014
Signed:  November 14, 2014

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

Case No.:  13–23285 – TJC     Chapter:  7

**In re:**  Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Yemele
*debtor has no known aliases*
3906 Rhode Island Ave
Brentwood, MD 20722–1438

Social Security / Individual Taxpayer ID No.:
xxx–xx–0589

Employer Tax ID / Other nos.:

## ORDER GRANTING
## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

ORDERED, that the debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**B18 –** *yoliver*

**End of Order**

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**B18** – *yoliver*